JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FROILAN OROZCO-CENDEJAS,<br>   a/k/a Froilan Orozco, Jr.,<br><br>    Defendant. | No. CR 10-083 MHP<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM FEBRUARY 22, 2010 TO MARCH 15, 2010 |

      The parties appeared before the Honorable Marilyn Hall Patel on February 22, 2010. With the agreement of counsel for both parties and the defendant, the Court found and held as follows:

      1.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 22, 2010 to March 15, 2010.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review the discovery with the defendant.

      2.  Given these circumstances, the Court found that the ends of justice served by excluding the period from February 22, 2010 to March 15, 2010, outweigh the best interest of the

ORDER EXCLUDING TIME
CR 10-083 MHP

1  public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.
2  § 3161(h)(7)(A).
3      3. Accordingly, and with the consent of the defendant, the Court ordered that the period
4  from February 22, 2010 to March 15, 2010, be excluded from Speedy Trial Act calculations
5  under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

7      IT IS SO STIPULATED.

9  DATED: February 24, 2010                    /s/
10                                             JODI LINKER
                                               Counsel for Froilan Orozco-Cendejas

12 DATED: February 24, 2010                    /s/
                                               BRIAN C. LEWIS
13                                             Assistant United States Attorney

    IT IS SO ORDERED.

17 DATED: _2/25/2010_
18                                             MARILYN H. PATEL
                                               United States District Judge

[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel / United States District Court Northern District of California]

ORDER EXCLUDING TIME
CR 10-083 MHP                                  -2-