JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-083 MHP |
| ) | |
|    Plaintiff, ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM MARCH 19, 2010 TO JUNE 28, 2010 |
| ) | |
| v. ) | |
| ) | |
| FROILAN OROZCO-CENDEJAS, ) | |
|    a/k/a Froilan Orozco, Jr., ) | |
| ) | |
|    Defendant. ) | |

     On March 18, 2010, the Honorable Marilyn Hall Patel signed an order referring the defendant to the Bureau of Prisons for a mental competency evaluation.  Pursuant to the Court's order, on April 19, 2010, the defendant was referred to the Bureau of Prisons by the U.S. Marshals, and the defendant has since been designated to the Bureau of Prisons facility in Los Angeles, California.  This matter had been set for a status for April 26, 2010.  In lieu of that appearance, with the agreement of counsel for both parties and the defendant, the parties now stipulate and ask the Court to find and hold as follows:

     1.  The status hearing set for April 26, 2010 shall be rescheduled to June 28, 2010 at 10:00 a.m.

//

ORDER EXCLUDING TIME
CR 10-083 MHP

2. The period of time from March 19, 2010 to June 28, 2010 is properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The delay in this case is the result of proceedings to determine the mental competency of the defendant. Further, failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review with the defendant the report resulting from his competency examination.

2. Given these circumstances, time is properly excluded due to the delay resulting from the defendant's mental competency proceedings. *See* 18 U.S.C. § 3161(h)(1)(A). Further, the ends of justice served by excluding the period of time from April 19, 2010 to June 28, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. *See* 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, the period of time from March 19, 2010 to June 28, 2010 is excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A). And, the period of time from April 19, 2010 to June 28, 2010 is also excluded, with the consent of the defendant, under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: April 26, 2010         /s/
                              JODI LINKER
                              Counsel for Froilan Orozco-Cendejas

DATED: April 26, 2010         /s/
                              BRIAN C. LEWIS
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: _4/27/2010_            _____
                              MARILYN H. PATEL
                              United States District Judge



ORDER EXCLUDING TIME
CR 10-083 MHP                         -2-