JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-083 MHP |
|     Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME FROM JUNE 28, 2010 TO JULY 26, 2010** |
| FROILAN OROZCO-CENDEJAS,<br>  a/k/a Froilan Orozco, Jr., | ) | |
|     Defendant. | ) | |

On March 18, 2010, the Honorable Marilyn Hall Patel signed an order referring the defendant to the Bureau of Prisons for a mental competency evaluation.  Pursuant to the Court's order, on April 19, 2010, the defendant was referred to the Bureau of Prisons by the U.S. Marshals, and the defendant was designated to the Bureau of Prisons facility in Los Angeles, California.  This matter had most recently been set for a status on June 28, 2010, with time excluded from the parties' last appearance on March 15, 2010 to the June 28, 2010.  The parties just learned that the report from the defendant's evaluation will be completed on or about July 12, 2010.  In light of that, with the agreement of counsel for both parties, the parties now stipulate and ask the Court to find and hold as follows:

ORDER EXCLUDING TIME
CR 10-083 MHP

1.  1. The status hearing set for June 28, 2010 shall be rescheduled to July 26, 2010 at 10:00 a.m.

2.  2. The period of time from June 28, 2010 to July 26, 2010 is properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The delay in this case is the result of proceedings to determine the mental competency of the defendant. Further, failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to review with the defendant the report resulting from his competency examination.

3.  3. Given these circumstances, time is properly excluded due to the delay resulting from the defendant's mental competency proceedings. *See* 18 U.S.C. § 3161(h)(1)(A). Further, the ends of justice served by excluding the period of time from June 28, 2010 to July 26, 2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an indictment or information. *See* 18 U.S.C. § 3161(h)(7)(A).

4.  4. Accordingly, the period of time from June 28, 2010 to July 26, 2010 is excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A). And, the period of time from June 28, 2010 to July 26, 2010 is also excluded, with the consent of the defendant, under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: June 23, 2010           /s/
                               JODI LINKER
                               Counsel for Froilan Orozco-Cendejas

DATED: June 23, 2010           /s/
                               BRIAN C. LEWIS
                               Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 24, 2010



MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER EXCLUDING TIME
CR 10-083 MHP                                    -2-