1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Facsimile:   (415) 436-7234
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,            )   No. CR 10-083 MHP
                                          )
14 |      Plaintiff,                      )
                                          )   **STIPULATION AND [PROPOSED]**
15 |   v.                                 )   **ORDER TO EXCLUDE TIME FROM**
                                          )   **JULY 26, 2010 TO AUGUST 30, 2010**
16 | FROILAN OROZCO-CENDEJAS,             )
        a/k/a Froilan Orozco, Jr.,        )
17 |                                      )
          Defendant.                      )
18 |_____)

19        The parties appeared before the Honorable Marilyn Hall Patel for a status hearing on

20 July 26, 2010.  The defendant was previously referred to the Bureau of Prisons for a mental

21 competency evaluation and remains in the custody of the Bureau of Prisons at a facility in Los

22 Angeles, California, pending completion of his evaluation.  In light of that, with the agreement of

23 counsel for both parties, the parties now stipulate and ask the Court to find and hold as follows:

24        1. The period of time from July 26, 2010 to August 30, 2010 is properly excluded under

25 the Speedy Trial Act, 18 U.S.C. § 3161.  The delay in this case is the result of proceedings to

26 determine the mental competency of the defendant.  Further, failure to grant the requested

27 continuance would unreasonably deny defense counsel reasonable time necessary for effective

28 preparation, taking into account the exercise of due diligence and the need for counsel to meet in

ORDER EXCLUDING TIME
CR 10-083 MHP

1  person with the defendant and ultimately review with the defendant the report resulting from his
2  competency examination.
3         2. Given these circumstances, time is properly excluded due to the delay resulting from
4  the defendant's mental competency proceedings.  *See* 18 U.S.C. § 3161(h)(1)(A).  Further, the
5  ends of justice served by excluding the period of time from July 26, 2010 to August 30, 2010,
6  outweigh the best interest of the public and the defendant in a speedy trial and filing of an
7  indictment or information.  *See* 18 U.S.C. § 3161(h)(7)(A).
8         3. Accordingly, the period of time from July 26, 2010 to August 30, 2010 is excluded
9  from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).  And, the period of time
10 from June 28, 2010 to July 26, 2010 is also excluded, with the consent of the defendant, under 18
11 U.S.C. § 3161(h)(7)(A) & (B)(iv).

        IT IS SO STIPULATED.

DATED: July 26, 2010                          /s/
                                              JODI LINKER
                                              Counsel for Froilan Orozco-Cendejas

DATED: July 26, 2010                          /s/
                                              BRIAN C. LEWIS
                                              Assistant United States Attorney

        IT IS SO ORDERED.

DATED:  7/27/2010



ORDER EXCLUDING TIME
CR 10-083 MHP                                 -2-