MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BRIAN C. LEWIS  (DCBN 476851)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Facsimile:   (415) 436-7234
   E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-083 MHP |
|     Plaintiff, | |
|     v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME FROM OCTOBER 4, 2010 TO NOVEMBER 1, 2010** |
| FROILAN OROZCO-CENDEJAS,<br>   a/k/a Froilan Orozco, Jr., | |
|     Defendant. | |

      The parties appeared before the Honorable Marilyn Hall Patel for a status hearing on October 4, 2010.  The defendant was previously referred to the Bureau of Prisons for a mental competency evaluation, and the parties have now received the report from that evaluation.  In light of that, with the agreement of counsel for both parties and the defendant, the Court found and held as follows:

      1.  The period of time from October 4, 2010 to November 1, 2010 is properly excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The delay in this case is the result of proceedings to determine the mental competency of the defendant.  Further, failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for counsel to meet in

ORDER EXCLUDING TIME
CR 10-083 MHP

1  person with the defendant and review with the defendant the report resulting from his
2  competency evaluation.
3      2.  Given these circumstances, time is properly excluded due to the delay resulting from
4  the defendant's mental competency proceedings.  *See* 18 U.S.C. § 3161(h)(1)(A).  Further, the
5  ends of justice served by excluding the period of time from October 4, 2010 to November 1,
6  2010, outweigh the best interest of the public and the defendant in a speedy trial and filing of an
7  indictment or information.  *See* 18 U.S.C. § 3161(h)(7)(A).
8      3.  Accordingly, the period of time from October 4, 2010 to November 1, 2010 is
9  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(A).  And, the period
10 of time from October 4, 2010 to November 1, 2010 is also excluded, with the consent of the
11 defendant, under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: October 4, 2010                    /s/
                                          JODI LINKER
                                          Counsel for Froilan Orozco-Cendejas

DATED: October 4, 2010                    /s/
                                          BRIAN C. LEWIS
                                          Assistant United States Attorney

    IT IS SO ORDERED.

DATED:  10/6/2010                         _____
                                          MARILYN H. PATEL
                                          United States District Judge



IT IS SO ORDERED
Judge Marilyn H. Patel

ORDER EXCLUDING TIME
CR 10-083 MHP                             -2-