MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-083 MHP |
|     Plaintiff, | |
|     v. | NOTICE OF DISMISSAL |
| FROILAN OROZCO-CENDEJAS, <br>   a/k/a Froilan Orozco, Jr., | |
|     Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: 11/3/10

                                                Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                J. DOUGLAS WILSON
                                                Acting Chief, Criminal Division

NOTICE OF DISMISSAL (CR 10-083 MHP)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FROILAN OROZCO-CENDEJAS,<br>a/k/a Froilan Orozco, Jr.,<br><br>    Defendant. | No. CR 10-083 MHP<br><br>[PROPOSED] ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the indictment. The defendant is hereby ordered release from the custody of the U.S. Marshals.

Date: __11/4/2010__

IT IS SO ORDERED

Judge Marilyn H. Patel